April 8, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE JAKESIA SADE CELESTINE, Relator

NO. 14-14-00133-CV

————————

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21521**

————————

This Court heard this cause after granting and issuing a writ of habeas corpus on February 14, 2014. This Court holds that the combined judgment of contempt and order of commitment entered January 30, 2014 in the 247th District Court, Harris County, Texas, in Cause No. 2012-21521, is void in part. Therefore, this Court grants relator's petition for writ of habeas corpus in part, and accordingly strikes the void language of the trial court's order as detailed in our corresponding opinion. This Court further holds that relator has failed to demonstrate that the trial court's order is void *in toto*, or that relator is entitled to release from the trial court's order of commitment. Therefore, this Court denies relator's petition for writ of habeas corpus in part.

We further order the Clerk of this Court to issue an alias capias for the arrest of relator, Jakesia Sade Celestine, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 247th District Court, Harris County, Texas, in Cause No. 2012-21521 pursuant to the combined judgment of contempt and order of commitment dated January 30, 2014 by Judge Carolyn Marks Johnson, as amended by the opinion of this Court issued in this cause.